# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT Z.,[1] *Plaintiff*, v. ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | CASE NO. 3:20-cv-11 ORDER JUDGE NORMAN K. MOON |

This matter is before the Court on the Commissioner of Social Security's motion for summary judgment. Dkt. 15. Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to United States Magistrate Judge Joel C. Hoppe for proposed findings of fact and a recommended disposition. In his Report and Recommendation ("R&R"), Judge Hoppe determined that substantial evidence supports the Commissioner's final decision to deny benefits and recommended affirming the decision. Dkt. 19.

After reviewing the record in this case, and since neither party has filed objections to the R&R within fourteen days of its service upon them, the Court adopts the R&R in its entirety.

Accordingly, the Court hereby:

1. **ADOPTS** Judge Hoppe's R&R in full, Dkt. 19;

2. **GRANTS** the Commissioner's motion for summary judgment, Dkt. 15; and

3. **AFFIRMS** the Commissioner's final decision.

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

The Court further **DIRECTS** the Clerk of the Court to **DISMISS** this case from the Court's active docket and to send a copy of this Order to all counsel of record and to United States Magistrate Judge Joel C. Hoppe.

It is so **ORDERED**.

Entered this  23rd  day of July, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE